# Exhibit 1

Int. Cls.: 7 and 9

Prior U.S. Cls.: 21 and 23

**United States Patent and Trademark Office**  Reg. No. 1,734,403
Registered Nov. 24, 1992

## TRADEMARK
### PRINCIPAL REGISTER

# DEWALT

BLACK & DECKER CORPORATION, THE (MARYLAND CORPORATION)
701 EAST JOPPA ROAD
TOWSON, MD 21204

FOR: POWER OPERATED TOOLS AND MACHINES; NAMELY, DRILLS, DRILL PRESSES, AND HAMMER DRILLS; IMPACT WRENCHES; PLANERS; ROUTERS; SANDERS; SHAPERS; AND SAWS; NAMELY, CHOP SAWS, CIRCULAR SAWS, MITER SAWS, PANEL SAWS, RADIAL ARM SAWS, RECIPROCATING SAWS, AND TABLE SAWS; BITS; NAMELY, DRILL BITS, ROUTER BITS, AND SCREWDRIVER BITS; DRILL CHUCKS; DRILL CHUCK KEYS; HOLE CUTTER; HOLE SAW MANDRELS; SAW BLADES; AND WHEELS; NAMELY, ABRASIVE WHEELS, GRINDING WHEELS, AND WIRE WHEELS; AND PARTS THEREFOR, IN CLASS 7 (U.S. CL. 23).

FIRST USE 0-0-1923; IN COMMERCE 0-0-1923.

FOR: BATTERY PACKS AND BATTERY CHARGERS, IN CLASS 9 (U.S. CL. 21).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 621,152 AND 1,328,005.

SEC. 2(F).

SER. NO. 74-257,871, FILED 3-23-1992.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY

Int. Cls.: 7 and 9

Prior U.S. Cls.: 21 and 23

**United States Patent and Trademark Office**  Reg. No. 1,734,404
Registered Nov. 24, 1992

## TRADEMARK
### PRINCIPAL REGISTER

# DeWALT

BLACK & DECKER CORPORATION, THE (MARYLAND CORPORATION)
701 EAST JOPPA ROAD
TOWSON, MD 21204

FOR: POWER OPERATED TOOLS AND MACHINES; NAMELY, DRILLS, DRILL PRESSES, AND HAMMER DRILLS; IMPACT WRENCHES; PLANERS; ROUTERS; SANDERS; SHAPERS; AND SAWS; NAMELY, CHOP SAWS, CIRCULAR SAWS, MITER SAWS, PANEL SAWS, RADIAL ARM SAWS, RECIPROCATING SAWS, AND TABLE SAWS; BITS; NAMELY, DRILL BITS, ROUTER BITS, AND SCREWDRIVER BITS; DRILL CHUCKS; DRILL CHUCK KEYS; HOLE CUTTER; HOLE SAW MANDRELS; SAW BLADES; AND WHEELS; NAMELY, ABRASIVE WHEELS, GRINDING WHEELS, AND WIRE WHEELS; AND PARTS THEREFOR; IN CLASS 7 (U.S. CL. 23).

FIRST USE 0-0-1923; IN COMMERCE 0-0-1923.

FOR: BATTERY PACKS AND BATTERY CHARGERS, IN CLASS 9 (U.S. CL. 21).

FIRST USE 1-0-1992; IN COMMERCE 1-0-1992.

OWNER OF U.S. REG. NOS. 621,152 AND 1,328,005.

SEC. 2(F).

SER. NO. 74-257,872, FILED 3-23-1992.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY

C

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,064,666
Registered Mar. 7, 2006

## TRADEMARK
PRINCIPAL REGISTER



BLACK & DECKER CORPORATION, THE (MARYLAND CORPORATION)
701 E. JOPPA ROAD
TOWSON, MD 21286

FOR: ELECTRIC POWER TOOLS HAVING AN ELECTRIC MOTOR OR OTHER ELECTRIC DRIVING SYSTEM, OR POWERED BY A SOURCE OF ELECTRIC ENERGY, NAMELY A BATTERY PACK, DISTRIBUTED FOR USE IN CONSTRUCTION, SPECIALTY TRADES, WOODWORKING, RETAIL SALES AND/OR GENERAL SERVICE AND REPAIR INDUSTRIES AND USED IN THE FOREGOING TRADES, INDUSTRIES OR IN AND AROUND THE HOME, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-31-1992; IN COMMERCE 1-31-1992.

THE MARK CONSISTS OF A TWO COLOR SCHEME USING YELLOW AND BLACK WHEREIN THE COLOR YELLOW IS APPLIED TO AT LEAST ONE ACCENT PORTION AND THE COLOR BLACK IS APPLIED TO THE HOUSING. THE DOTTED OUTLINE REPRESENTS THE SHAPE OF THE HOUSING AND IS INTENDED TO SHOW THE POSITION OF THE MARK AND IS NOT PART OF THE MARK AS SHOWN. THE DRAWING IS LINED FOR THE COLOR YELLOW AND THE COLOR BETWEEN THE DOTTED LINES AND THE LINING IS BLACK.

SEC. 2(F).

SER. NO. 76-009,496, FILED 3-24-2000.

KAREN BRACEY, EXAMINING ATTORNEY